NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAPID COMPLETIONS LLC,**
*Appellant*

**v.**

**BAKER HUGHES INCORPORATED, BAKER HUGHES OILFIELD OPERATIONS, INC.,**
*Appellees*

---

2018-1125, 2018-1126

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00656, IPR2016-00657.

---

**JUDGMENT**

---

JUSTIN NEMUNAITIS, Caldwell Cassady & Curry, Dallas, TX, argued for appellant. Also represented by BRADLEY WAYNE CALDWELL.

MARK T. GARRETT, Norton Rose Fulbright US LLP, Austin, TX, argued for appellees. Also represented by STEPHANIE DEBROW, EAGLE HOWARD ROBINSON; JONATHAN S. FRANKLIN, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, LOURIE, and CLEVENGER, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| November 19, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |